**Order entered November 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00951-CV

### CITY OF DALLAS, Appellant

### V.

### HIGHWAY 205 FARMS, LTD., ET AL., Appellees

**On Appeal from the County Court at Law
Kaufman County, Texas
Trial Court Cause No. 84262CC**

## ORDER

We **GRANT** appellant's November 11, 2013 unopposed motion for an extension of time

to file a reply brief.  Appellant shall file its reply brief on or before December 16, 2013.

/s/     ELIZABETH LANG-MIERS
JUSTICE